**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FITS EVERYBODY TO A T, INC.,** | |
| **Plaintiff,** | **1:26-cv-2660 (ALC)** |
| -against- | |
| **SKIMS BODY, INC.,** | **ORDER** |
| **Respondent.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are **ORDERED** to file a joint status report by June 9, 2026, regarding the status of service of the Amended Complaint and settlement discussions. The parties should indicate whether they request the Court's assistance in facilitating settlement discussions. The report should also note whether Defendants intend to move to dismiss the Amended Complaint and, if so, propose a briefing schedule.

**SO ORDERED**

**Dated: June 29, 2026**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**