**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Fits Every Body To A T, Inc.,**

**Plaintiff,**

**-against-**

**Skims Body, Inc.**

**Defendant.**

**1:26-cv-02660 (ALC) (SDA)**

**ORDER SCHEDULING**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Amended Order of Reference, ECF No. 53.)

The parties are directed to appear for a telephone conference on Wednesday, July 22, 2026, at 11:00 a.m. to discuss the issues raised in the parties' 7/13/26 letters (ECF Nos. 54 and 55). At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated: New York, New York
July 14, 2026

Stewart d. Aaron
STEWART D. AARON
United States Magistrate Judge