**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Fits Every Body To A T, Inc.,**

**Plaintiff,**

**-against-**

**Skims Body, Inc., et al.**

**Defendants.**

**1:26-cv-02660 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

A telephone conference was held today, during which counsel for Plaintiff and counsel for Defendants appeared. For the reasons stated on the record during the telephone conference, the discovery schedule shall proceed as follows:

1. Initial disclosures shall be due Monday, September 28, 2026.
2. All fact discovery shall be completed by Monday, June 7, 2027.
3. All expert discovery shall be completed by Monday, October 4, 2027.
4. No amended pleadings shall be filed later than Tuesday, December 15, 2026.
5. No additional parties shall be added later than Tuesday, December 15, 2026.
6. A joint letter on the status of discovery shall be filed on Tuesday, December 1, 2026.

**SO ORDERED.**

Dated: New York, New York
August 4, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge