Cooley

Application GRANTED. The telephone conference previously scheduled for Wednesday, October 7, 2026, at 11:30 a.m., is adjourned to Friday, October 16, 2026, at 2:00 p.m.
SO ORDERED.

Dated: October 6, 2026

Stephanie Schuyler
T: +1 212 479 6747
sschuyler@cooley.com

**VIA ECF**

October 5, 2026

Hon. Magistrate Judge Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

**Re: *Fits Every Body To A T, Inc. v. Skims Body, Inc. et al.*, Civil Action No. 1:26-cv-02660-ALC**
**Adjournment Request of Telephonic Conference (ECF No. 85)**

Dear Magistrate Judge Aaron:

Pursuant to the Court's scheduling order (ECF No. 85), a telephone conference is scheduled for Wednesday, October 7, 2026 at 11:30 a.m. ET to address the Letter Motion filed at ECF No. 81. Counsel for Defendants is unavailable at that time due to a previously scheduled (and unmovable) engagement, and respectfully requests that the conference be adjourned to an alternate date.

This is Defendants' first request for an adjournment of the conference, and no prior requests have been granted or denied. At 12:00 p.m. ET on October 5, 2026, Defendants' counsel contacted Plaintiff's counsel to request consent to adjourn the conference and proposed several alternate dates and times, including a later time on October 7, as well as availability on October 8 and October 13. At 6:30 p.m. ET, Plaintiff's counsel responded that the proposed dates this week did not work with their schedule, but that Plaintiff would consent to an adjournment to October 15 or October 16, in either case after 1:00 p.m. ET.

Accordingly, Defendants propose adjourning the conference to either of the following dates and times, all of which fall within the availability to which Plaintiff has consented:

- October 15, 2026 between 1:00 and 2:00 p.m. ET or 3:00 and 5:00 p.m. ET
- October 16, 2026 between 1:00 and 4:00 p.m. ET

This request does not affect any other scheduled dates in this matter. Accordingly, Defendants respectfully request that the Court adjourn the conference to one of the dates and times set forth above.

Sincerely,

*/s/ Stephanie Schuyler*
Stephanie Schuyler

cc: All counsel of record (via ECF)