**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Fits Every Body To A T, Inc.,**

**Plaintiff,**

**-against-**

**Skims Body, Inc., et al.**

**Defendants.**

**1:26-cv-02660 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

For the reasons stated on the record during today's telephone conference, Plaintiff's Letter Motion seeking a protective order, pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure with respect to certain interrogatories, requests for production and requests for admissions (Pl.'s 9/28/26 Ltr. Mot., ECF No. 81) is GRANTED IN PART and DENIED IN PART, as follows:

1. The Court finds that there is no dispute regarding Interrogatory Nos. 2, 7 and 8 and thus, to the extent that Plaintiff's Letter Motion is addressed to such interrogatories, it is DENIED AS MOOT.
2. Plaintiff's Letter Motion is GRANTED to the extent that it is addressed to Request for Admission Nos. 19, 46-47, 53-64, 72-78 and 91, and Plaintiff need not provide any further responses to such requests.
3. Plaintiff's Letter Motion is GRANTED to the extent that it is addressed to Request for Production Nos. 13-14, 46, 61-62, 71-73 and 75, and Plaintiff need not produce documents in response to those requests.

4. Plaintiff's Letter Motion is DENIED to the extent that it is addressed to Request for Production Nos. 5-12, 15-16, 18, 20, 22-24, 32, 47-48, 50, 59-60, 64 and 76, and Plaintiff shall produce documents responsive to such requests within 21 days of the date of this Order.

**SO ORDERED.**

Dated: New York, New York
October 16, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge