**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FITS EVERYBODY TO A T, INC.,**

**Plaintiff,**

**-against-**

**SKIMS BODY, INC.,**

**Respondent.**

**1:26-cv-2660 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

At the parties' request, the conference previously scheduled for October 29, 2026, at 3:00 p.m. is **ADJOURNED** to **November 12, 2026**, at **12:00 p.m.** The Parties should appear at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above. The Parties should be prepared to discuss the status of any settlement discussions at the conference.

The Clerk of Court is respectfully directed to terminate ECF No. 90.

**SO ORDERED**

**Dated: October 26, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**