**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Fits Every Body To A T, Inc.,**

**Plaintiff,**

**-against-**

**Skims Body, Inc., et al.**

**Defendants.**

**1:26-cv-02660 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Before the Court is Plaintiff's November 9, 2026 Letter Motion seeking, among other things, an extension of the deadline to produce documents until 21 days after the ESI protocol has been finalized. (Pl.'s 11/9/26 Ltr. Mot., ECF No. 98.) Following a telephone conference with the parties, and for the reasons stated on the record, Plaintiff's Letter Motion is GRANTED IN PART and DENIED IN PART as follows:

1. Plaintiff shall engage in a rolling production of the remaining documents that are responsive to Defendants' document requests Nos. 4-19, 21-24, 32, 35, 36, 54, 59, 60, 62 and 64 beginning no later than November 30, 2026, and shall complete its production no later December 14, 2026.
2. The parties shall continue to meet and confer regarding the ESI protocol and, no later than December 7, 2026, shall file a joint letter not to exceed six pages indicating either that all issues have been resolved or setting forth the open issues and the parties' respective positions as to each issue.

3. Once the ESI protocol has been finalized, either by the parties or by Court Order, Plaintiff shall produce responsive documents on a rolling basis within a reasonable time period not to exceed 21 days from the date the protocol is finalized.

**SO ORDERED.**

Dated: New York, New York
November 23, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge